**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**NEWARK**

**Minutes of Proceedings**

**Judge: Hon. Esther Salas**

Date: October 10, 2024

Court Reporter: Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci

**Title of Case:**

Docket No. **Cv. 24-8413(ES-MAH)**

SULLIVAN v. FAIRFIELD PARSIPPANY, LLC

**Appearances:**

Nancy Slahetka, Esq., for the petitioner.

Alfred Maurice, Esq., for the respondent.

**Nature of Proceedings:**          SHOW CAUSE HEARING

Hearing on the Order to Show Cause.
Oral Argument heard by counsel.
Court RESERVED decision.
Order to be filed.

Time Commenced:   3:00 p.m.
Time Adjourned:   6:00 p.m.
Total Time:   3.00

Elisaveta Kalluci
Courtroom Deputy